# EXHIBIT A

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO 17-013766-CK Hon. Leslie Kim Smith |
|---|---|---|

2 Woodward Ave., Detroit MI 48226    Court Telephone No. 313-224-5243

| **Plaintiff** Paragon 28, Inc. | v | **Defendant** Esplin Medical LLC |
|---|---|---|
| **Plaintiff's Attorney** Carl F. Jarboe 33059 18720 Mack Ave Ste 240 Grosse Pointe Farms, MI 48236-2991 | | **Defendant's Attorney** |

**SUMMONS NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 9/15/2017 | This summons expires 12/15/2017 | Court clerk File & Serve Tyler |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☒ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.
☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) GROSSE POINTE FARMS | Defendant(s) residence (include city, township, or village) SYLVANIA, OHIO |
|---|---|
| Place where action arose or business conducted | |

Date 9-15-17            Signature of attorney/plaintiff



If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (5/15) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | PROOF OF SERVICE | CASE NO 17-013766-CK |
|---|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**    OR    ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that:     (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
    List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee $ | Miles traveled $ | Mileage fee $ | Total fee $ | Signature |
|---|---|---|---|---|

Name (type or print)

Title

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                         Date

My commission expires: _____   Signature: _____
                        Date                    Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                        Attachments
_____ on _____
                                              Day, date, time

                                         on behalf of _____

Signature

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO<br>17-013766-CK<br>Hon. Leslie Kim Smith |
|---|---|---|

2 Woodward Ave., Detroit MI 48226                                        Court Telephone No. 313-224-5243

| Plaintiff<br><br>Paragon 28, Inc. | v | Defendant<br><br>Esplin, Kevin |
|---|---|---|
| Plaintiff's Attorney<br><br>Carl F. Jarboe 33059<br>18720 Mack Ave Ste 240<br>Grosse Pointe Farms, MI 48236-2991 | | Defendant's Attorney |

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>9/15/2017 | This summons expires<br>12/15/2017 | Court clerk<br>File & Serve Tyler |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains   ☐ is no longer pending.   The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☒ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.
☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains   ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**
Plaintiff(s) residence (include city, township, or village) GROSSE POINTE FARMS
Defendant(s) residence (include city, township, or village) SYLVANIA, OHIO
Place where action arose or business conducted

9-15-17
Date                Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (5/15) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | PROOF OF SERVICE | CASE NO<br>17-013766-CK |
|---|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**      OR      ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that:     (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
     List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee<br>$ | Miles traveled<br>$ | Mileage fee<br>$ | Total fee<br>$ | Signature<br>_____<br>Name (type or print)<br>_____<br>Title |
|---|---|---|---|---|

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                          Date

My commission expires: _____   Signature: _____
                       Date                  Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                        Attachments

_____ on _____
                        Day, date, time

_____ on behalf of _____

Signature

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO<br>17-013766-CK<br>Hon. Leslie Kim Smith |
|---|---|---|

2 Woodward Ave., Detroit MI 48226   Court Telephone No. 313-224-5243

| **Plaintiff**<br>Paragon 28, Inc. | v | **Defendant**<br>Sanchez, Robert |
|---|---|---|
| **Plaintiff's Attorney**<br>Carl F. Jarboe 33059<br>18720 Mack Ave Ste 240<br>Grosse Pointe Farms, MI 48236-2991 | | **Defendant's Attorney** |

**SUMMONS NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>9/15/2017 | This summons expires<br>12/15/2017 | Court clerk<br>File & Serve Tyler |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☒ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.
☐ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| GROSSE POINT FARMS | CINCINNATI, OH 10 |

Place where action arose or business conducted

9-15-17     Signature of attorney/plaintiff: *[signed] Carl F. Jarboe*
Date

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (5/15) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | PROOF OF SERVICE | CASE NO<br>17-013766-CK |
|---|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge and belief

| Service fee<br>$ | Miles traveled<br>$ | Mileage fee<br>$ | Total fee<br>$ | Signature |
|---|---|---|---|---|

Name (type or print) _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
Date

My commission expires: _____ Signature: _____
Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments
_____ on _____
Day, date, time

on behalf of _____

Signature

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

PARAGON 28, INC.,

    Plaintiff,

v.

ESPLIN MEDICAL LLC, KEVIN ESPLIN,
and ROBERT SANCHEZ,

    Defendants.
_____/

Case No. 17-_____- CK
Hon. _____

17-013766-CK
FILED IN MY OFFICE
WAYNE COUNTY CLERK
9/15/2017 12:25:42 PM
CATHY M. GARRETT

THE JARBOE LAW FIRM, PLC
By:  Carl F. Jarboe (P 33059)
Attorneys for plaintiffs
18720 Mack Avenue, Suite 240
Grosse Pointe Farms, Michigan 48236
(313) 821-2600
cfjarboe@jarboelawfirm.com
_____/

## COMPLAINT

There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.  /s/ Carl F. Jarboe (P33059)

NOW COME PLAINTIFF, PARAGON 28, INC., by and through its attorneys, THE JARBOE LAW FIRM, PLC, and, for its complaint, states as follows:

1. Plaintiff, PARAGON 28, INC., is a Colorado corporation authorized to do business in the State of Michigan, with its registered offices in the City of Grosse Pointe Farms, County of Wayne, State of Michigan.

2. Defendant ESPLIN MEDICAL LLC, is an Ohio For-Profit Limited Liability Company, with its registered office in Sylvania, Ohio, conducts business with Plaintiff in Michigan, and has consented to personal jurisdiction and venue in Wayne County, Michigan.

3. Defendant Kevin Esplin is an individual, of majority age, a resident of the city of Sylvania, Ohio, conducts business with Plaintiff in Michigan, and has consented to personal jurisdiction and venue in Wayne County, Michigan.

4. Defendant Robert Sanchez is an individual, of majority age, a resident of the city of Sylvania, Ohio, conducts business with Plaintiff in Michigan, and has consented to personal jurisdiction and venue in Wayne County, Michigan.

5. The amount in controversy is in excess of $25,000, exclusive of interest and costs, exceeds the exclusive jurisdiction of the Grosse Pointe Farms Municipal Court, and, therefore, this Honorable Court has original subject matter jurisdiction over this civil claim pursuant to MCL 600.605.

6. Venue is proper in Wayne County, pursuant to MCL 600.1621, as Plaintiff conducts business and has its registered offices in Wayne county.

## COUNT I
## CONVERSION

7. Plaintiff incorporates by reference all of the allegations set forth in paragraphs 1 through 6 of this complaint as if the same were more fully stated herein.

8. Plaintiff is a developer and manufacturer of innovative surgical products for the foot and ankle market.

9. Defendants, Esplin Medical LLC, Kevin Esplin, and Robert Sanchez, were independent commissioned sales agents for Plaintiff.

10. The terms of the sales agency relationship and the attendant commission structure were governed by a written Sales Agent Agreement and a written Sales Agent Agreement Amendment, both of which are in the possession of the Defendants.

11. Pursuant to said Agreements, Defendants represented and warranted that they had disclosed in writing, on Exhibit C to the Sales Agent Agreement, all non-Plaintiff products that they intended to carry from January 1, 2017 through the term of the Agreements.

12. Pursuant to said Agreements, Defendants agreed not to carry any other non-Plaintiff products.

13. Pursuant to said Agreements, Defendants agreed that breach of this provision would result in a reduction of Defendants' commissions by a 10% rate.

14. Defendants intentionally failed to disclose that they secretly carried Cartiva products on or after January 1, 2017 and fraudulently stated that they did not carry Cartiva products.

15. The failure to disclose the secret carrying of Cartiva products was done to in order to wrongfully convert unearned commissions from Plaintiff.

16. Defendants continued to deny the carrying of Cartiva products when questioned by Plaintiff's personnel during 2017, perpetuating the conversion.

17. Plaintiff eventually determined that Defendants were carrying Cartiva products and had wrongfully converted commissions from Plaintiff.

18. The sales agency relationship was terminated.

19. During the course of the relationship during 2017, Defendants converted $32,012.35 in unearned commissions.

20. Pursuant to MCL 600.2919a, a person damaged by another person's conversion is entitled to recover three times the amount of actual damages sustained, plus costs and reasonable attorney fees. This remedy is in addition to any other right or remedy that the person may have at law or otherwise.

21. Pursuant to MCL 600.2919a, Plaintiff is entitled to recover $96,037.50 plus costs and reasonable attorney fees.

22. Defendants have unpaid commissions for July and August sales in the amount of $14,713.50.

WHEREFORE Plaintiff, PARAGON 28, INC., prays that this Honorable Court enter its judgment in favor of Plaintiff and against Defendants, ESPLIN MEDICAL LLC, KEVIN ESPLIN, and ROBERT SANCHEZ, in the amount of $81,323.55, together with interest thereon since the date of the filing of the complaint, together with Plaintiff's costs and reasonable attorney fees so wrongfully incurred as provided by statute.

## COUNT II
## CIVIL CONSPIRACY

23. Plaintiff incorporates by reference all of the allegations set forth in paragraphs 1 through 22 of this complaint as if the same were more fully stated herein.

24. The Defendants worked in a concerted action to fraudulently conceal from Plaintiff their representation of Cartiva products in 2017.

25. The Defendants constitute a combination of two or more persons.

26. Defendants acted to accomplish the unlawful purpose of converting commissions from Plaintiff.

27. The Defendants' concerted action caused financial damage to Plaintiff.

WHEREFORE Plaintiff, PARAGON 28, INC., prays that this Honorable Court enter its judgment in favor of Plaintiff and against Defendants, ESPLIN MEDICAL LLC, KEVIN ESPLIN, and ROBERT SANCHEZ, in the amount of $81,323.55, together with interest thereon since the date of the filing of the complaint, together with Plaintiff's costs and reasonable attorney fees so wrongfully incurred as provided by statute.

## COUNT III
## BREACH OF CONTRACT

28. Plaintiff incorporates by reference all of the allegations set forth in paragraphs 1 through 27 of this complaint as if the same were more fully stated herein.

29. Defendants' actions as set forth above constitute breach of the parties' contract.

30. In the Sales Agent Agreement, Defendants expressly agreed to indemnify and hold Plaintiff harmless for any and all losses, including reasonable attorney fees, incurred based upon, arising from, or in any way related to breach by Defendants of any of the terms or representations in the Agreement.

31. Plaintiff has suffered loss by the way of wrongfully converted commissions, costs, and reasonable attorney fees.

WHEREFORE Plaintiff, PARAGON 28, INC., prays that this Honorable Court enter its judgment in favor of Plaintiff and against Defendants, ESPLIN MEDICAL LLC, KEVIN ESPLIN, and ROBERT SANCHEZ, in the amount of $81,323.55, together with interest thereon since the date of the filing of the complaint, together with Plaintiff's costs and reasonable attorney fees so wrongfully incurred as provided by statute and by the parties' contract.

September 15, 2017                              THE JARBOE LAW FIRM, PLC

                                                _____/s/ Carl F. Jarboe_____
                                                By:   Carl F. Jarboe (P 33059)
                                                Attorneys for plaintiffs
                                                18720 Mack Ave., Suite 240
                                                Grosse Pointe Farms, Michigan
                                                (313) 821-2600
                                                cfjarboe@jarboelawfirm.com

# EXHIBIT B

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

| | |
|---|---|
| PARAGON 28, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 17-013766-CK |
| ) | Hon. Leslie Kim Smith |
| v. ) | |
| ) | |
| ESPLIN MEDICAL LLC, ) | |
| ) | |
| KEVIN ESPLIN, and ) | |
| ) | |
| ROBERT SANCHEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| CARL F. JARBOE (P33059) | BARBARA H. KRAMER (P49318) |
| THE JARBOE LAW FIRM, PLC | JOSEPH M. WEST (P69566) |
| Attorneys for Plaintiffs | KRAMER & KRAMER LLP |
| 18720 Mack Avenue, Suite 240 | Attorneys for Defendants |
| Grosse Pointe Farms, MI 48236 | 24 Frank Lloyd Wright Dr., Lobby D-2000 |
| (313) 821-2600 | Ann Arbor, MI 48105-9484 |
| cfjarboe@jarboelawfirm.com | Main: (734) 821-1055 |
| | bkramer@kramerandkramer.com |
| | jwest@kramerandkramer.com |

## NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

Defendants Esplin Medical LLC, Kevin Esplin, and Robert Sanchez have filed a notice of removal of this action from this Court to the United States District Court for the Eastern District of Michigan. A true and correct copy of the notice of removal is attached as Exhibit A.

                                              KRAMER & KRAMER, LLP

Dated: October 13, 2017           */s/ Barbara H. Kramer*
                                              BARBARA H. KRAMER (P49318)
                                              JOSEPH M. WEST (P69566)
                                              KRAMER & KRAMER LLP
                                              Attorneys for Defendants
                                              24 Frank Lloyd Wright D., Lobby D-2000
                                              Ann Arbor, MI 48105-9484
                                              Main: (734) 821-1055
                                              bkramer@kramerandkramer.com
                                              jwest@kramerandkramer.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, I sent via overnight delivery the foregoing papers with the Clerk of Court and I mailed by first class mail a copy of the foregoing papers to:

>Carl F. Jarboe, Esquire
>THE JARBOE LAW FIRM, PLC
>18720 Mack Avenue, Suite 240
>Grosse Pointe Farms, MI 48236

>KRAMER & KRAMER, LLP

Dated: October 13, 2017

*Barbara H. Kramer*
BARBARA H. KRAMER (P49318)
JOSEPH M. WEST (P69566)
KRAMER & KRAMER LLP
Attorneys for Defendants
24 Frank Lloyd Wright Dr., Lobby D-2000
Ann Arbor, MI 48105-9484
Main: (734) 821-1055
bkramer@kramerandkramer.com
jwest@kramerandkramer.com